PROVIDED TO
MARTIN CORRECTIONAL INSTITUTION
ON __02/26/2020__ MB
FOR MAILING
AP



IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __FLORIDA__
__MIAMI__ DIVISION

*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

FILED BY ___ D.C.

MAR 31 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

__ADRIAN "MU-MIT" PEREZ__
__DC# Y51373__
__PLAINTIFF__

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

__S. POOLE, SERGEANT__
__ROBERT BRYNER, WARDEN__
__MS. KIBLER, CLASSIFICATION OFFICER__
__TAEGER, NURSE__
*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

__AMENDED__
**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. __2:20-CV-14052-KAM__
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    ADRIAN PEREZ

All other names by which you have been known:

MU-MIT

ID Number    Y51373

Current Institution    MARTIN CORR. INST.

Address    1150 SW AllaPattah Road
INdiANTOWN, FL 34956

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    S. POOLE

Job or Title (if known)    SERGEANT

Shield Number    ?

Employer    MARTIN CORR. INST.

Address    1150 SW AllaPattah Road
INdiANTOWN, FL 34956

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    MS. KIBLER

Job or Title
(if known) — CLassIFICATION OFFICER

Shield Number — ?

Employer — MARTIN CORR. Inst.

Address — 1150 SW Allapattah Road
IndianTown, FL 34956

☑ Individual capacity   ☐ Official capacity

**Defendant No. 3**

Name — MS. TAEGER

Job or Title
(if known) — NURSE

Shield Number — ?

Employer — MARTIN CORR. Inst.

Address — 1150 SW Allapattah Road
IndianTown, FL 34956

☑ Individual capacity   ☐ Official capacity

**Defendant No. 4**

Name — ROBeAt BRYNeR

Job or Title
(if known) — WARdeN

Shield Number — ?

Employer — MARTIN CORR. Inst.

Address — 1130 SW Allapattah Road
IndianTown, FL 34956

☑ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th U.S.C. TO Be free from cruel and unusual Punishment Violation OF 8th Ammendment for exessive force, Delay and Denial of Medical Treatment which violates 8th Ammendment Also. Violation of Due Process

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attatchment I explain

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N.A.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE AttAchment

C.   What date and approximate time did the events giving rise to your claim(s) occur?

SEE Attachment for detail...
ON different DAtes but yet they ARE RElAted IN
thAt DEFENDENts WERE deliberate INdifferent to my Medical Needs
BY Delaying And Denying my Needed Medical attention.

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE Attachment for detail...
POOLE USEd Excessive force ON ME Violating My 8th Constitutional
right. TAEGER DENied ME Medical treatment violating My 8th constitutional
right. BRYNER AlSO DENied ME Medical Attention BEing DELiberate Indiff-
ERENt to My Medical Needs Violating My 8th constitutional right.

5

_____
_____
_____
_____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1.) DISLOCATED OR MISPLACED RIB
2.) BRUSING THAT LASTED WEEKS
3.) SEVERE SWELLING AND SEVERE SHARP PAINS BEHIND LEFT KNEE
4.) _____ AND ON LEFT SIDE ON the RIB SHARP PAINS AND SEVERE SWELLING
5.) EXACERBATED INJURY to LEFT LEG behind KNEE
6.) MENTAL AND EMOTIONAL PAIN AND ANGUISH
   A.) WHEN I wrote EACH SICKCALL AND the times I DECLARED MEDICAL EMERGENCY I Should hAVE bEEN SEEN AND tREATED AND WAS DENIED., CONt. SEE AttAChMENt

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) twENtY fivE thousANd dOllARS for COMPENSAtORY dAMMES for EmotionAl ANd physicAl INJURIES SUStAINED BECAUSE of FORCE
2.) ONE hundRED thousAnd dollARS fOR punitivE DAMAGES BEtwEEN All DEFENDANts FOR ViolAtioN OF MY CoNstitutioNAl Rights
3.) REStORAtioN Of 300 dAYS Of lost gAINtiME foR violAtioN Of DUE pRocess throughout DiSciplinARY pROCEEdiNgS BY POOLE AND BRYNER, CONt.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☑    Yes

   ☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_MARTIN CORR. INST._

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☑    Yes

   ☐    No

   ☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☑    Yes

   ☐    No

   ☐    Do not know

If yes, which claim(s)?

EXESSIVE FORCE Included in GRIEVANCE BY POOLE.
DENIAL OF AdEQUATE MEDICAL ATTENTION included IN
GRIEVANCE, RETALIATION INCLUDED IN GRIEVANCE,
VIOLATION OF DUE Process INCLUDED in GRIEVANCE BY POOLE AND BRYNER

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☑    Yes

   ☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

    WARden & secretary DepT. OF Corr's

2.   What did you claim in your grievance?

    I was Battered, retaliated against, and Delayed/Denied medical Treatment

3.   What was the result, if any?

    All Grievances were Denied, No Results.

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

    Entire Grievance Process completed

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

         **WA**

   2.    If you did not file a grievance but you did inform officials of your claim, state
         who you informed, when and how, and their response, if any:

         **NIA**

G.    Please set forth any additional information that is relevant to the exhaustion of your
      administrative remedies.

      **I Have copies of Completed Grievance Process Fully exhausting
      Administrative Remedies Available To Plaintiffs Claims**

*(Note: You may attach as exhibits to this complaint any documents related to the
exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal
court without paying the filing fee if that prisoner has "on three or more prior occasions, while
incarcerated or detained in any facility, brought an action or appeal in a court of the United
States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim
upon which relief may be granted, unless the prisoner is under imminent danger of serious
physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes
rule"?

☐    Yes
☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____N/A_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

      ☐     Yes
      ☑     No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit

            Plaintiff(s)    _____N/A_____
            Defendant(s)    _____N/A_____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*

            _____N/A_____

      3.    Docket or index number

            _____N/A_____

      4.    Name of Judge assigned to your case

            _____N/A_____

      5.    Approximate date of filing lawsuit

            _____N/A_____

      6.    Is the case still pending?

            ☐     Yes
            ☐     No

            If no, give the approximate date of disposition.  _____N/A_____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A
    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐   Yes
    ☑   No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    N/A
        Defendant(s)    N/A

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        N/A
        _____

    3.  Docket or index number

        N/A

    4.  Name of Judge assigned to your case

        N/A

    5.  Approximate date of filing lawsuit

        N/A

    6.  Is the case still pending?

        ☐   Yes
        ☐   No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was-judgment entered in your favor? Was the case appealed?)*

    _N.A._ _____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **3,22** , 20 **20**

Signature of Plaintiff _____

Printed Name of Plaintiff  _ADRIAN PEREZ_____

Prison Identification # _Y51373_____

Prison Address _MARTIN CORR. INST., 1150 SW AllApAttAh Road_

_IndiANtowN_        _FL_          _34956_

City                          State                    Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address                    _____

Telephone Number           _____

E-mail Address             _____

UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
MIAMI DIVISION

ADRIAN PEREZ
     PLAINTIFF,

CASE NO. 20-14052-CV-MARRA
MAGISTRATE JUDGE REID

V.

S. POOLE , SERGEANT
R. BRYNER, WARDEN
Mrs. KIBLER, CLASSIFICATION OFFICER
TAEGER , NURSE
     DEFENDANTS

## AMENDED VERIFIED COMPLAINT
### FOR DAMAGES AND INJUNCTIVE RELIEF
### - 42 U.S.C. §1983

### I. Introduction

1.) This is A §1983 Action filed by plaintiff Adrian Perez, A state prisoner, Alledging violation of his constitutional rights to receive medical CARE, CRUEl and UNUSUAl punishment because of excessive force, violation of Due process, AND SEEKING RELIEF AND MONEY DAMAGES. Plaintiff seeks DAMAGES pursuant to the American with Disabilities Act and the Rehabilitation Act.

### II. Jurisdiction

2.) Jurisdiction of this court is invoked pursuant to 28 U.S.C. §1331 in that this is a civil action arising under the constitution of the united states.

3.) Jurisdiction of the court is invoked pursuant to 28 U.S.C. §1343(a)(3) in that this action seeks to redress the deprivation, under color of state law, of rights secured

by acts of congress providing for equal rights of persons within the Jurisdiction of the united states

## III. PARTIES

4.) plaintiff Adrian PEREZ at all times relevant was confined by the FLORIda DEpartment of corrections (FDOC) at Martin correctional Institution (M.C.I).

5.) DEFENDANt S. poole at all times RELEVANt was a SERGEANT at M.C.I Employed by FDOC

6.) DEFENDANt Kibler at all Relevant times was a Classification officer at M.C.I Employed by FDOC.

7.) DEFENDANt TAEGER at All times RELEVANt was a NURSE At M.C.I employed by CENTURION OF FLORIdA L.L.C HEALth SERVICES CORPORAtIONS

8.) DEFENDANt R. BRYNER At All times RELEVANt was a WARDEN At M.C.I Employed by FDOC

## IV. EXhAustion OF AVAiLAbIE REMEdiES

9.) plAINtIff exhausted his Administrative REMEdies before filing this complAINt.

## V. FACtuAl StAtEMENts

10.) <u>ON The MORNINg</u>, AROUND **10:45AM OF DECEMbER** 4th 2019, SGT poole had tAKEN ME to pRE-CONfiNEMENt MEdicAl bEcAUSE OF A DisciplINARY REport ON possESiON OF A CEll phone.

11.) ON the wAY to CONfiNEMENt SGT. poole cAlled ME A "pussy"

12.) AROUNd thIs tiME ON the SidEWAlK IN FRONt OF D-DORMitORY poole SAid "So you wANt to tAKE A cEllphonE chARge huh tough guy, your A pussy, boy"

13.) I then said "NO your the pussy" And HE then said "LETS SEE how tough you ARE then wetback".

14.) poole suddenly slamed me on the ground Around this time in Front of D-Dormitory.

15.) Laughing at me he stomped plaintiff behind both knees AND Lower back

16.) poole Then proceeded to Strike plaintiff with Maximum force And A closed fist towards plaintiff perez's LEFT Ribs

17.) This Resulted in causing plaintiff SEVERE pAIN And INFIAMATION to AN EXACERBATED INJURY behind LEFT KNEE And contributing to SEVERE pAIN And brusing that lasted WEEKS, A Dislocated or Misplaced rib, And MENTAL And Emotional pain.

18.) POOLE AFTER this picked up plaintiff AND RAMED him Against the WALL of D-Dormitory BY the ENTRANCE DOOR UNREASONABLY EVEN While plaintiff was still CUFFED.

19.) POOLE Then proceeded to BEAT the upper body of plaintiff with closed fists And Maximum force, wherefore poole violated My 8th Ammendment rights.

20.) AFTER this EXESSIVE force poole promised plaintiff that he will MAKE SURE that plaintiff gets Stabbed by INMATES IF plaintiff Spoke About what happened to ANYONE. Poole said HE will MAKE SURE plaintiff does 60 dAys in confinement.

21.) plaintiff Then Requested Immediate Medical Attention And WAS denied AFTER INForming poole of A dislocated LEFT Rib And the pain suffered

22.) ON DECEMBER 5th 2019, I went to Disciplinary COURT, ON thAT Morning Before plaintiff went bAck to A CELL, before leaving the hearing, Classification officer Kibler told plaintiff that she WAS the ONE that Ordered A Hit ON plaintiff for Addmitting to Addmiting to A cell phone Possesion which

She alledged hindered the Process of transfering an inmate that they were trying to get off the compound.

23.) Kibler Stated She used to be a colonel and that She Still HAS connections So cAN do whatever She wants, on this Dec. 5th 2019 MORNING She also told plaintiff that if he ran his mouth about what happened that She would have plaintiff beaten again And or Stabbed.

24.) plaintiff complied at the time because those threats were real and imminent And plaintiff was under imminent Danger fearing Death by Stabbing and further retaliation

25.) Kibler Sentenced me to 60 days confinement AS poole promised proving Retaliation

26.) NO Adequate investigation of The EXCESSIVE FORCE AND DEFENDANTS Misconduct WAS EVER CONDUCTED

27.) on the Month of November, 2019 During one of the weekly Inspections I Informed WARDEN BRYNER Cell Front G1102 About My Serious Medical condition of Thrombosis

28.) I told BRYNER that I have muscle Spasms, Severe Sharp pAIN, Inflamation And soreness behind left knee And that I have placed 3 Sick cAlls to NO Avail

29.) I told him I haven't BEEN SEEN BY ANYONE from Medical And that I NEED IMMEDIATE Medical Attention having A Medical Emergency.

30.) BRYNER stated that "Sounds like A PERSONAL problem and Im busy So write it up." Therefore BRYNER Showed Deliberate Indifference to MY Medical Needs And Upheld A "Code of Silence" which Resulted in AN EXACERBATED INJURY

31.) on the Month of December 2019, During one of the weekly Inspections Plaintiff WAS cell front D-2213 AND Plaintiff Showed BRYNER Bruises that took weeks to heal, Swelling behind left knee which WAS SEVERE, AND A Dislocated Rib caused by POOLE AND Swelling on left Side

(32.) Plaintiff Declared Medical Emergency for his exacerbated injury and for his other injuries cell front D-2213 on the <u>Month of December 2019</u> During a weekly Inspection Morning, '<u>sometime, after December 12th 2019</u>'

(33.) After Showing Bryner the injuries Bryner stated "well looks like they fucked you up, maybe your Momma should have applied for obama care for you, you wetback.

(34.) Bryner then walked away laughing at me with his co-workers Showing malice and evil intent on same morning of Inspection in D-2213 cell front.

(35.) On the <u>Morning of December 4th 2019</u> I saw Nurse Taeger who was present for my pre-confinement check. I informed Taeger that I had submitted 3 prior sickcalls within a 5 month span for my serious medical condition of Thrombosis and haven't been seen by anyone nor given adequate care through callout

(36.) I informed Taeger that I have severe pain and inflamation behind left knee

(37.) Nurse Taeger Refused to look at my leg and told me to "write it up" thus Delaying and Denying me Medical Treatment.

(38.) Plaintiff asked Taeger if she could call F-dormitory because plaintiff needed his tednose secured to be brought to him from his property, And taeger Denied him

(39.) Taeger Did her confinement rounds on the <u>Evening</u> of December 4th 2019 and plaintiff was cell front D-2105 Declaring <u>Medical</u> Emergency to Taeger for an exacerbated injury and severe swelling behind left knee,

(40.) Plaintiff <u>Showed Taeger</u> before an eye witness about the <u>Dislocated Rib</u>, severe pain and <u>swelling behind left leg</u> and <u>around Ribs</u> as well as the bruises Sustained from Poole

(41) AFTER Showing Nurse TAEGER his INJURIES before his cellmate AND After Declaring Medical emergency ON this EVENING OF DECEMBER 4th 2019 Taeger Said "WE DON'T TREAT WET backs at Martin and we DON'T give A Fuck about Your leg".

(42) I therefore Submitted My 4th (Dec 12th 2019) Sickcall to medical Informing them the 3 different days that I placed Sickcalls for a progressing serious condition (Thrombosis) And OF which I wasn't seen or given Any treatment for

(43) I explained how this thrombosis is now an Exacerbated Injury due to the exessive force poole used against me and Included how Plaintiff WAS feeling Excruciating pain, explaining A Severe Swelling ON left leg behind knee and A Dislocated Rib. This Sickcall plaintiff Submitted before an eye witness AND this sickcall complained about brusing. This was said on A "12/12/19 Sickcall"

(44) ON Dec. 12th 2019, later that evening I Declared Medical Emergency cell front D-2213 TO TAEGER WHEN she again did her Confinement round because I Saw I wasn't seen for Any of the four Submitted Sickcalls. This would be the 4th time I Declared A Medical Emergency AND WAS DENied by different Staff after showing Injuries at Martin C. I.

(45) ON The evening of Dec. 12th WHEN I declared Medical Emergency to Nurse Taeger She stated Angrily towards plaintiff "you always Bitch about your fucking leg I told you to write it up" furthER Delaying plaintiff's needed Medical care and DENYing plaintiff his constitutional right to Adequate Healthcare again.

# VI. Claims for Relief

## A. Supervisory Liability and Deliberate indifference To Medical Needs

(46) WARDEN BRYNER became responsible for plaintiff's Denied and Delayed Serious Medical Needs And for the EXESSive force used against plaintiff when BRYNER failed to correct this in the course of his Supervisory Responsibilitys And He DENIED plaintiff Medical care when plaintiff declared medical Emergency on the Month of November 2019 and then after December 12th 2019

(47) A supervisor who learns of A Constitutional violation through A report or appeal maybe held liable for failing to correct it.

(48) BRYNER Accepted A policy or custom of Showing Deliberate indifference to the Medical needs of plaintiff By Delaying and Denying plaintiff his declared Medical Emergency and DESPITE BRYNER'S Knowledge of plaintiffs INJuries.

(49) BRYNER'S failure to do his Job was so likely to Result IN the violation of plaintiff's constitutional right to Medical care, causing humiliation to plaintiff, unessesary pain, suffering, Mental pain, and further swelling behind left Knee IN ViolAtion of plaintiffs Serious Medical Needs

(50) As a result of DefendANT Taeger's DENIAL of plaintiff's Medical Needs when he declared Medical Emergency on the 4th of December 2019 and December 12th 2019 evening time Plaintiffs Suffering, SEVERE pain and swelling behind left Knee and around Ribs worsened causing plaintiff Mental and Emotional pain and further physical Injury, Despite her knowledge of plaintiff's Serious Medical needs,

Constituted deliberate indifference
to plaintiff's serious medical needs in violation of
Plaintiff's Eighth Ammendment

(51) The refusal of Defendant poole
to provide medical assistence when plaintiff
Declared Medical Emergency after poole applied
Excessive force Constituted deliberate
Indifference to plaintiff's serious medical needs
Which Resulted in a serious medical condition
becoming an Exacerbated Injury.

(52) The refusal of Defendant poole
to provide medical assistence to plaintiff resulted
in further emotional and mental pain and suffering,
and further severe pain and physical Injuries, Permenant
Limp, In violation of the Eighth Ammendment.

## B. DELIBERATE INDIFFERENT TO SAFETY OF PLAINTIFF

(53) KIBIER said she used to be a colonel
And that she still has connections and can do whatever she
wants, that if I ran my mouth she would have me beaten.
She told Me this on the 5th of December 2019. KIBIER
followed A "code of silence" And was Deliberate indifferent
to my safety By ordering A "hit" on plaintiff to be
BEATEN BY poole.

(54) Their was Strong lines of communication
between poole AND KIBIER to BEAT plaintiff

(55) Plaintiff complied At the time
because those threats were Real And plaintiff felt
He was under imminent danger since DEFENDANT
KIBLER had advance Notice of the serious Danger
plaintiff faced with poole since she ordered
the "Hit" As she says she did against plaintiff

(56) KIBIER Violated plaintiff's
8th Ammendment right. KIBIER's Actions Resulted
In plaintiff suffer sleep loss, fear of life, Anxiety,

Dislocated Rib, brusing that lasted weeks, Severe pain behind the left knee and around ribs on leftside, severe Inflamation, sharp pains, muscle spasms emotional and physical pain that lasted weeks.

## C. Excessive Force And Malicious Sadistic Intent

(57) As a result of Defendent Poole using substantial unessesary force when plaintiff was cuffed and Defendant knew that plaintiff posed No threat to staff and Inmates and due to the fact that Defendant Poole could have at least warned or verbally repremanded plaintiff And did not but Instead slammed plaintiff on the concrete sidewalk when there was No need to establish or maintain order This resulted In An Excessive, unessesary, Unjustifiable, substantial force that Poole Repeatedly Applied which Resulted In plaintiff having his 8th Ammendment violated and Recieved substantial Injuries both physically and Mentally Including a permenent Disability (Limp)

## Relief Requested

1.) twenty five thousand dollars for compensatory damages for Emotional and physical injuries sustained because of force

2.) One hundread thousand dollars for punitive damages Between All Defendants for violating my constitutional rights

3.) Nominal Damages where the law deems so

4.) Anything else the court deems rightous for me

PROVIDED TO
MARTIN CORRECTIONAL INSTITUTION
ON 3/26/2020
FOR MAILING KJS
AB

## Verification

Pursuant to 28 U.S.C. §1746, I declare
AND verify under penalty of perjury under the
laws of the united States of America that
the foregoing is true and correct.

EXECUTED ON March 24 2020

A Perez     Adrian Perez
All rights reserved



MAILED/FILED
WITH AGENCY CLERK

JAN 15 2020

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PEREZ, ADRIAN | Y51373 | 20-6-01185 | MARTIN C.I. | D2213U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The issue of your complaint has been referred to the Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you.

As action has been initiated, you may consider your appeal approved from that standpoint. This does not constitute substantiation of your allegations.

A. JOHNS

_A. Johns_                    1-13-20

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

DATE

Emergency Grievance

RECEIVED

DEC 30 2019

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

Perez Adrian _____ Y51373 _____ Martin Correctional
Last    First    Middle Initial          DC Number          Institution

20-6-01185

Part A – Inmate Grievance

This grievance is of a Sensitive nature and should be handled as such which is why I am in Imminent danger and the reason as to why I didn't Submit the grievance on a Institutional Level because of a high possibility of multiple Staff members Retaliating and or said members could have me stabbed, Beaten, or Killed as Martin is a prison where stabbings and Killings occurs year-round, and if I did I could possibly be stabbed or beaten again.

On December 4th Sgt. S. poole had taken me to pre-confinement – medical for a D.R. on possession of cell phone, on the way to confinement Sgt. Poole called me a pussy. At this time; on the walk (sidewalk) in front of D-Dorm, Sgt. Poole said "So you want to take a cell phone charge huh tough guy; your a pussy boy," I then said "No; Your the pussy" Then he said "Lets see how tough you are then wetback," and Sgt. poole afterward slammed me on the ground and stomped me on my left leg behind the knee and on my lower back, before he lifted me up he punched me on my ribs on my left side, he then tells me he will make sure I get 60 days and that if I open my mouth about what transpired that he will make sure I get stabbed by inmates

On the 5th of December when I went to D.R. Court classification officer Kidler told me before I left that she's the one who ordered the hit on me for taking a cellphone charge and for hindering the investigation process on someone they were trying to get rid of off the compound and she said she would order another hit on me if I open my mouth about any of this, so at the time I complied for fear of sustaining more bruises to my Side, Inflamation and Severe pain to

12-19-19
DATE

A. Perez #Y51373
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ____ / ____
                                                                          #        Signature

INSTRUCTIONS

EMERGENCY GRIEVANCE CONTINUED

my left leg; which is still in severe pain and has not been treated on prior Medical documented condition known as thrombosis and yet was further injured along with my lower back, causing me suffering, humiliation, mental anguish, and disability as well, emotional distress. I still have not been given medical treatment.

Relief Sought: That I be awarded for DAMAGES to my body which I claim!

MAILED/FILED
WITH AGENCY CLERK

FEB 0 5 2020

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| PEREZ, ADRIAN | Y51373 | 20-6-01567 | MARTIN C.I. | D2213U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issue you presented.

Please be advised that an inmate has the responsibility to write the grievances legibly and if not then it can be returned to the inmate without processing.

It is determined that the response made to you on 12/30/19 appropriately addresses the issue you presented.

Records reviewed indicate that you have not accessed sick call (as instructed) to address any complaints.

If you are experiencing problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| | | |
|---|---|---|
| *Michelle Schouest* | *T. Bowden* | 1/31/2020 |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

JAN 10 2020

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| PEREZ | ADRIAN | | Y51373 | MARTIN CORRECTIONS |
|-------|--------|--|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

Ⓐ LOG# 430-1912-0128    Log# 1912-430-105

Ⓡ LOG# 1912-430-105    Part A – Inmate Grievance    20-6-01567

IN the MORNING OF DEC 4th 2019, OFFICER POOLE Escorted ME to Medical IN hAND Restraints for pre-confinement. Nurse Taeger WAS present doing the PAPER WORK AND I had COMPLAINED to her that I had Submitted 3 prior Sick calls within A 5 month period for my Serious Medical condition (DEEP VEIN thrombosis) AND haven't been seen. I INFORMED NURSE Taeger that I have SEVERE INFLAMATION AND PAIN ON MY LEFT LEG Behind the KNEE. Nurse TAEGER Refused to look At MY LEG AND told ME to "write it up"; DENYING AND DELAYING ME TREATMENT. I ALSO INFORMEd Nurse TAEGER thAT I Forgot MY TED hose IN MY PROPERTY; IF they could CALL G-Dormitory to MAKE SURE MY TED HOSE is SECURED for Medical AND to HAVE Nurse BRING them to ME. Nurse TAEGER MADE NO PHONE CALLS IN MY PRESENCE AND didn't DELIVER MY Ted hose which I have A pass for thus DENYING ME Medical treatment Again. The EVENING OF DEC. 4th 2019 NURSE TAEGER did her CONFINEMENT ROUNDS AND I DECLARED Medical EMERGENCY FOR AN EXACERBATED INJURY AND SEVERE SWELLING behiND MY LEFT KNEE; AND for swelling, PAIN, AND BRUIES TO A Dislocated Rib which I SustAined from SGT. Poole EARLIER that DAY. THAT SAME EVENING I WAS cell front D2105 DECLARING Medical EMERGENCY AND showed her MY MY INJuries AND NURSE TAEGER STATed "WE DON'T treat WETBACKS At MARTIN AND WE DON'T give A Fuck About your leg" showing Evil INtent. AND Intent to hARM Resulting IN A Show OF deliberate Indifference BY DELAYING AND DENYING ME treatment cAusing ME Serious Anxiety, MENTAL AND emotionAl distress, AND FURTHER SEVERE PAIN AND INFIAMATION. ON DEC. 12th OF 2019, ADRIAN Submitted ANOTHER SickcAll INFORMING Medical OF MY EXACERBATED

| 1/06/20 | | A. Perez Y51373 |
|---------|--|------------------|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    ____ / _____

# Signature

INSTRUCTIONS

CONTINED 303 to SecretARY Of F. D.O.C

INJURY CAUSED BY SGT. Poole AND of MY Dislocated
RIB ON MY LEFT Side, AS WEII AS the BRuisINg, severe
Inframation AND unbearable pAIN; AND Yet AgAIN
I WAS denied MedicAl CARE AND TREAT MENT. AlSO
ON The EVENING Of DEC. 12th CELlFRONt D-2213
I AISO DECIARED MEdicAl EMERGENCY TO NURSE
TAEGER WhEN She CAME AROUND for MedicAtion
ROUNDs, I took MY psych MEDS AND AgAIN ShowED
her MY INJURIES but She STATED " Your AlWAYS
BitchINg ABOUT YOUR LEG, I told you to
WRite It up, IN 2019, the year I repeteDly sought
help. ON DEC. 30th 2019 DR. H. WETTERER M.D. AND
D.R. Y. REsilArd, MD-CHO CoNtiNED IN EFFECT AN
unWRItten CusTOM AND policy, AND, A code OF Silence
BetWEEN themselves AND The NURses IN Order to
FuRther SAVE CENTURiON MedicAl costs thus furtheR
Delaying AND DENYing serious NEEDED Medical AttENtion
    Both Doctors WERE put ON NOtice About MY
SERious MedicAl NEEDs AS well AS TAEgER AND
WARDEN BRYNER AND They fAilED to correct
the IllEgAl conduct ImplEMENTED By them; holding
Them All LiAblE
        ON The MoNth OF NOVEMBER 2019, DURING
ONE OF the INspEctioNs During the WEEK I told
WARDEN BRYNER thAt "I hAVE plACED 3 SickCAlls
FOR MY MEdicAl condition OF thrombosis AND thAt
I hAVE MusclE SpAsMs, Severe shARp pAIN, SORENESS,
AND INFlAMAtioN ON MY left lEg behiNd the knee",
I StAted this cEll FRONt G1102 AND He stAtED
" SouNDs like A PERSONAl problEM, AND Im Busy, So
WRite it up", Showing disREGARD to MY HEAlth ANDSAFEty
        ON The MoNth OF DECEMBER, DURING ONE
OF The WEEKly INspEctioNs cell FroNt D2213
I ShowED WARDEN BRYNER MY BRuises, SwElliNg

Behind Knee, Dislocated Rib AND bruises Around MY left Side MAINly AND he stated "well, looks like they FUCKED YOU Up, MAYbe Your MOMMA Should hAVE Applied for OBAMA CARE For YOU, You WETBACK" WARDEN BRYNER THEN WALKED AWAY LAUGHING At ME With his CO-WORKERS; ShowING MAlice AND EVil INTENT.

RELIEF SOUGT: THAT I BE SEEN BY A DOCTOR Immediately to treAt MY pAin, AND swelling oN left leg, AND Dislocated Rib

ADrian Perez DC#Y51373
1-6-20



Adrian Perez DC#Y51373
Martin Correctional Institution
1150 SW Allapattah Road
Indiantown FL 34956



THIS MAIL ORIGINATED AT
MARTIN CORRECTIONAL INSTITUTION