UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14052-CV-MARRA

ADRIAN "MU-MIT" PEREZ,

Plaintiff,

v.

S. POOLE, *et al.,*

Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ADRIAN "MU-MIT" PEREZ, and Defendants SGT POOLE AND WARDEN BRYNER, stipulate to the dismissal of all claims made in the above referenced action against all parties with prejudice.

ASHLEY BROOKE MOODY

ATTORNEY GENERAL

*Isl Canm Siperstein Klein*

CARYN P. SIPERSTEIN KLEIN (Fla. Bar No. 114465)

Email:Cruyn.SipersteinKlein.@myfloridalegal.com

OFFICE OF THE ATTORNEY GENERAL

1515 North Flagler Drive, Suite 900

West Palm Beach, FL  33401

Telephone:    561-268-5215

Facsimile:     561-837-5102

Attorney for Defendants Poole and Bryner

Ulaintiff's initials  _CSK_ Defense counsel's initials

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices or Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

*s/Caryn P. Siperstein Klein*
Caryn P. Siperstein Klein

Assistant Attorney General

## SERVICE LIST

Adrian "Mu-Mit" Perez v. Sgt. S. Poole, et al

CASE NO: 20-14052-CV-MARRA

United States District Court, Southern District of Florida

Adrian Perez, DC# Y51373

Suwannee Correctional Institution

5964 US Highway 90

Live Oak, FL  32060

(Pro Se Plaintiff)

[Served via U.S. Mail]

*A.P.* Plaintiff's initials    __CSK_ Defense counsel's initials